# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2814
Lower Tribunal No. 2021-CF-005791

_____

ERIC ALEXANDER ROE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Michael P. McDaniel, and Susan L. Barber, Judges.

April 28, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and KAMOUTSAS and PRATT, JJ., concur.


Zachary Chaney, of Smith & Eulo Law Firm, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED